NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>             Plaintiff,   )<br>                              )<br>   vs.                        )<br>                              )<br>  Susan Ann Alaniva,          )<br>                              )<br>             Defendant.   ) | No. 4:99-CR-019 (JWS)<br><br><br><br><br>**PROPOSED ORDER TO RELEASE<br>ATTACHED PFD FUNDS** |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.


DATED: November 13, 2006              /s/ John W. Sedwick
                                      UNITED STATES DISTRICT JUDGE